UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TEQUELA R. HENDERSON ) | |
| ) | |
| vs. ) | Case No. 08-0913-CV-W-RED-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |

___    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Upon review of the record, the decision of the Administrative Law Judge is hereby AFFIRMED.

**IT IS SO ORDERED.**

January 25, 2010                                    Ann Thompson
Date                                                          Clerk of the Court


Entered on: January 26, 2010                 s/ Karen Siegert
                                                                (By) Deputy Clerk